# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 16, 2014

### NO. 03-14-00357-CV

**Ernest Wayne Rials, Appellant**

**v.**

**Linda Katherine Rials, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on May 19, 2014. The parties filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and the court below, and this decision shall be certified below for observance.